UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN OMAR HARPER,

                Plaintiff,

v.                                                  Case No. 20-cv-493-pp

PAUL HARDING,

                Defendant.

**ORDER DENYING PLAINTIFF'S MOTION FOR COURT INTERVENTION (DKT. NO. 106)**

      The plaintiff has filed a "Motion for Court Intervention," asking the court order his institution to allow him to use a pen insert so he can file a sur-reply to the defendant's summary judgment reply brief. Dkt. No. 106. He states that he was placed in segregation and that prison officials permit him only a rubber pencil that is sharpened once per week, and that writing at length with the rubber pencil causes extreme pain in his hand and is time-consuming. Id. at 1.

      The court's local rules do not provide for sur-replies. C.f. Pike v. Caldera, 188 F.R.D. 519, 537 (S.D. Ind. 1999) (noting that court's local rule allowing for sur-replies when there are new arguments or evidence presented in a reply brief). This court's local rules require a party to file a proposed sur-reply as an attachment to a motion for permission to file a sur-reply. See Civil Local Rule 7(i) (E.D. Wis.). Even if the plaintiff had filed a motion asking for permission to file a sur-reply, the court would deny the motion because the plaintiff does not allege, and the court cannot find, that the defendant has proposed new

1

material facts or evidence in his reply brief that would warrant a sur-reply from the plaintiff. See Slaughter v. Lutsey, No. 17-C-1448, 2019 WL 11502919, at *1 (E.D. Wis. June 14, 2019), aff'd, 805 F. App'x 424 (7th Cir. 2020) (citations omitted). The court will deny the plaintiff's motion for court intervention for a pen so he can file a sur-reply.

The court will address the defendant's fully briefed motion for summary judgment in a subsequent order.

The court **DENIES** the plaintiff's motion for court intervention. Dkt. No. 106.

Dated in Milwaukee, Wisconsin this 19th day of August, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**